[No. 22444. Department One. July 22, 1930.]

THE STATE OF WASHINGTON, *on the Relation of W. M. Short, Appellant*, v. SUPERIOR SERVICE LAUNDRIES, INCORPORATED, *et al.*, *Respondents*.[1]

*Lyons & Orton* and *Hyland, Elvidge & Alvord*, for appellant.
*Harold Preston, S. J. Chadwick*, and *Robert S. Macfarlane*, for respondents.

PER CURIAM.—In all essential particulars, the facts and issues in this case are identical with the facts and issues in *State ex rel. Hyland v. Superior Service Laundries, ante* p. 1, 290 Pac. 427, just decided, and the decision in that case governs this case.

The judgment of the trial court is therefore reversed, with directions to overrule the demurrer and proceed as indicated in the opinion filed in the case to which reference has been made.